# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., <br><br> *Defendant*. | Case No. 2:18-cv-01950-JAM-DB <br><br> **ORDER GRANTING DEFENDANTS MCI COMMUNICATIONS SERVICES, INC. AND VERIZON SELECT SERVICES INC.'S REQUEST TO REDACT OR FILE UNDER SEAL SPECIFIC CONFIDENTIAL INFORMATION** |

Defendants MCI Communications Services, Inc. and Verizon Select Services Inc., (collectively, "Verizon") have filed with the Court a Notice, a Request to Redact or File Under Seal Specific Confidential Information, and the un-redacted version of the document containing the confidential information. Having considered Defendants' Request and examined the information on the document, the Court concludes that the dollar figure located on Page 2, ¶ 1(a) of the Confidential Settlement Agreement and Release dated February 3, 2015, attached to Verizon's Motion as Exhibit 1 submitted in support of its Memorandum of Points and Authorities in Support of its Motion for Stay and Primary Jurisdiction Referral (Count I) and Motion to Dismiss (Counts II and III), merits confidential treatment pursuant to Local Rules 140 and 141. The dollar figure is not dispositive to this suit, and Verizon has established that the dollar it is the type of business information that might harm its competitive standing, if exposed to the public and competitors. Because this Court's records should not "become a vehicle for improper purposes," Verizon's request is granted. *In re Roman Catholic Archbishop of Portland*, 661 F.3d 417, 429 (9th Cir. 2011) (citation omitted).

Accordingly, IT IS HEREBY **ORDERED** AS FOLLOWS:

    The following information is hereby ordered sealed, and redacted from the public record:

1. The dollar sum located on Page 2, ¶ 1(a) Confidential Settlement Agreement and Release between Verizon Services Corp. and O1 Communications, Inc., dated February 3, 2015.

DATED: 10/15/2018

        /s/ John A. Mendez_____

        Hon. John A. Mendez

        UNITED STATES DISTRICT JUDGE