# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC., | Case No. 2:18-cv-01950-JAM-DB |
| *Plaintiff*, | **ORDER MODIFYING THE STATUS ORDER'S SCHEDULED DATE FOR THE EXCHANGE OF EXPERT WITNESS DISCLOSURES** |
| v. | |
| MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., | |
| *Defendant*. | |

Plaintiff O1 Communications, Inc. ("O1") and Defendants MCI Communications Services, Inc. and Verizon Select Services, Inc. ("Verizon") (together, the "Parties") by and through their counsel, jointly request to modify the Status Order's (Dkt. 36) scheduled date for the exchange of expert witness disclosures under Fed. R. Civ. P. 26(a)(2) to March 9, 2020. Having reviewed the objection and request, and good cause appearing,

IT IS HEREBY **ORDERED** AS FOLLOWS:

1. The request is **GRANTED** for good cause shown.
2. The deadline for the submission of expert witness disclosures under Fed. R. Civ. P. 26(a)(2) is modified to March 9, 2020.

DATED: 6/6/2019

/s/ John A. Mendez_____

Hon. John A. Mendez

UNITED STATES DISTRICT COURT JUDGE