# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., <br><br> *Defendant.* | Case No. 2:18-cv-01950-JAM-DB <br><br> [~~PROPOSED~~] JAM ORDER GRANTING DEFENDANTS' APPLICATION FOR AN ORDER TO SHORTEN TIME TO HEAR DEFENDANTS' MOTION TO EXTEND DEADLINES IN THE SCHEDULING ORDER BY THREE MONTHS |

Upon application of Defendants MCI Communications Services, Inc. and Verizon Select Services, Inc., for an Order to shorten time to hear Defendants' Motion To Extend the Deadlines in the Scheduling Order by Three Months, and Plaintiff O1 Communications, Inc. having agreed to the application to shorten time, and good cause appearing,

IT IS HEREBY **ORDERED** AS FOLLOWS:

1. The Application for an Order to Shorten Time is **GRANTED** for good cause shown.

JAM 2. ~~The~~ No hearing on the Motion to Extend Deadlines in the Scheduling Order by Three Months ~~will be heard on _____, 2020. Any response to that motion shall be filed on _____, 2020.~~ is required. No reply brief is required. The Court will decide the Application on the briefs currently on file. ECF No. 50 and ECF No. 52.

DATED: February 20, 2020

_____
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION
FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION TO EXTEND DEADLINES