# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., <br><br> *Defendant.* | Case No. 2:18-cv-01950-JAM-DB <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINES IN THE SCHEDULING ORDER |

Defendants MCI Communications Services, Inc. and Verizon Select Services, Inc. ("Verizon"), by and through their counsel, move to extend the deadlines in the Court's June 3 and June 7, 2019 Scheduling Orders (Dkts. 36, 38) as follows.

| Event | Date |
|---|---|
| Disclosure of Expert Witnesses | June 9, 2020 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | July 10, 2020 |
| End of Discovery | August 28, 2020 |
| Dispositive Motions Deadline | October ~~14~~ 13, 2020 **d** |
| Hearing on Dispositive Motions | November 1~~0~~ 2020 **d** at 1:30 pm |
| Final Pre-Trial Conference | ~~December 21, 2020~~ 1/15/21 @ 10 Am **d** <br> Joint statement due 1/8/21 **d** |
| Trial | February ~~2~~2, 2021 @ 9 Am |

Having reviewed the motion, and good cause appearing,

IT IS HEREBY **ORDERED** AS FOLLOWS:

1. The Motion is **GRANTED** for good cause shown.
2. The proposed dates in Defendants' motion and referenced in this order are hereby adopted.

DATED: February 20, 2020

*/s/ John A. Mendez*

Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

DATED: February 14, 2020

KELLOGG, HANSEN, TODD, FIGEL
& FREDERICK, P.L.L.C.

By: */s/ Kevin D. Horvitz*
KEVIN D. HORVITZ
Attorney for Defendants
MCI COMMUNICATIONS SERVICES, INC.
AND VERIZON SELECT SERVICES INC.

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND DEADLINES IN THE SCHEDULING ORDER