**iCommLaw**
Anita Taff-Rice, Esq. (SBN 186039)
1547 Palos Verdes, # 298
Walnut Creek, CA 94597
Tel.: (415) 699-7885
Fax: (925) 274-0988
anita@icommlaw.com

Attorneys for Plaintiff
O1 COMMUNICATIONS, INC.

**DOWNEY BRAND LLP**
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com

**KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.**
SCOTT H. ANGSTREICH (*Pro Hac Vice*)
KEVIN D. HORVITZ (*Pro Hac Vice*)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
sangstreich@kellogghansen.com
khorvitz@kellogghansen.com

Attorneys for Defendants
MCI COMMUNICATIONS SERVICES, INC.
and VERIZON SELECT SERVICES INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., <br><br> *Defendants*. | Case No. 2:18-cv-01950-JAM-DB <br><br> **STIPULATED ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |

Plaintiff O1 Communications, Inc. ("O1") and Defendants MCI Communications Services, Inc. and Verizon Select Services, Inc. ("Verizon") (together, the "Parties") by and through their counsel, and pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 16(b)(4), hereby stipulate to an extension of the deadlines in the Court's June 3, 2019 Scheduling Order (Dkt. 36) as modified by its June 7, 2019 Order (Dkt. 38) and February 20, 2020 Order (Dkt. 54) to the dates set forth herein.  The Court has previously granted a 13-day extension of time to file a joint status report (Dkt. 27), and a three-month extension of the deadlines in the scheduling order (Dkt. 54).  Good cause exists for this amendment to the scheduling order because the national and regional public health emergency posed by the coronavirus (COVID-19) outbreak, has and will continue to hinder the parties' ability to conduct discovery and prepare related motions, if the schedule is not extended.

The parties stipulate to amend the deadlines in the scheduling order as follows:

| Event | Date |
| --- | --- |
| Disclosure of Expert Witnesses | September 25, 2020 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | October 23, 2020 |
| End of Discovery | November 27, 2020 |
| Dispositive Motions Deadline | January 12, 2021 |
| Hearing on Dispositive Motions | February 9, 2021 at 1:30 P.M. |
| Joint Pre-Trial Statement | March 12, 2021 |
| Pre-Trial Conference | March 19, 2021 at 10:00 A.M. |
| Trial | April 26, 2021 at 9:00 A.M. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 30, 2020                          KELLOGG, HANSEN, TODD, FIGEL
                                          & FREDERICK, P.L.L.C.


By:_____*/s/ Kevin D. Horvitz*_____

Kevin D. Horvitz
Attorney for Defendants
MCI COMMUNICATIONS SERVICES, INC.
AND VERIZON SELECT SERVICES INC.


ICOMMLAW


By:_____*/s/ Anita Taff-Rice*_____

Anita Taff-Rice
Attorney for Plaintiff
O1 COMMUNICATIONS, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   April 30, 2020                    /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           United States District Court Judge