UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O1 COMMUNICATIONS, INC., | No. 2:18-cv-1950 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC., | |
| Defendants. | |

On June 12, 2020, this matter came before the undersigned for hearing of defendants' motion to compel. Attorney Anita Taff-Rice appeared via video conference on behalf of plaintiff. Attorney Kevin Horvitz appeared via video conference on behalf of the defendants. Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Defendants' December 23, 2019 motion to compel (ECF No. 41) is granted;

2. Plaintiff shall produce responsive discovery within twenty-eight days of the date of this order; and

////

////

////

      3. Defendants' request for fees and costs is denied.

Dated: June 12, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\o1communications1950.oah.061220

2