| | |
|---|---|
| **iCommLaw**<br>Anita Taff-Rice, Esq. (SBN 186039)<br>1547 Palos Verdes, # 298<br>Walnut Creek, CA 94597<br>Tel.: (415) 699-7885<br>Fax: (925) 274-0988<br>anita@icommlaw.com<br><br>Attorneys for Plaintiff<br>O1 COMMUNICATIONS, INC. | **DOWNEY BRAND LLP**<br>MEGHAN M. BAKER (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>mbaker@downeybrand.com<br><br>**KELLOGG, HANSEN, TODD, FIGEL<br>& FREDERICK, P.L.L.C.**<br>SCOTT H. ANGSTREICH (*Pro Hac Vice*)<br>KEVIN D. HORVITZ (*Pro Hac Vice*)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>sangstreich@kellogghansen.com<br>khorvitz@kellogghansen.com<br><br>Attorneys for Defendants<br>MCI COMMUNICATIONS SERVICES, INC.<br>and VERIZON SELECT SERVICES INC. |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MCI COMMUNICATIONS SERVICES, INC. and VERIZON SELECT SERVICES INC.,<br><br>*Defendants*. | Case No. 2:18-cv-01950-JAM-DB<br><br>**STIPULATED ORDER SUBSTITUTING SUCCESSOR ENTITY AND AMENDING CASE CAPTION** |

1  On July 1, 2020, MCI Communications Services, Inc., a Delaware corporation, converted into MCI Communications Services LLC, a Delaware corporation. This conversion is memorialized in a certificate of conversion filed with the Delaware Secretary of State, Division of Corporations, on June 22, 2020. *See* Ex. A.

Pursuant to Local Rule 143, Defendants and Counterclaim Plaintiffs MCI Communications Services, Inc. and Verizon Select Services, Inc. (collectively "Verizon") and Plaintiff and Counterclaim Defendant O1 Communications (together, the "Parties") by and through their counsel hereby stipulate to substitute MCI Communications Services LLC as the successor entity to MCI Communications Services, Inc. and to amend the caption in this case accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 24, 2020  
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By: */s/ Kevin D. Horvitz*

Kevin D. Horvitz  
Attorney for Defendants  
MCI COMMUNICATIONS SERVICES, INC.  
AND VERIZON SELECT SERVICES INC.

ICOMMLAW

By: */s/ Anita Taff-Rice*

Anita Taff-Rice  
Attorney for Plaintiff  
O1 COMMUNICATIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2020  /s/ John A. Mendez_____  
Hon. John A. Mendez  
United States District Court Judge

1

[PROPOSED] STIPULATED ORDER SUBSTITUTING SUCCESSOR ENTITY AND AMENDING CASE CAPTION