| | |
|---|---|
| **iCommLaw**<br>Anita Taff-Rice, Esq. (SBN 186039)<br>1547 Palos Verdes, # 298<br>Walnut Creek, CA 94597<br>Tel.: (415) 699-7885<br>Fax: (925) 274-0988<br>anita@icommlaw.com<br><br>Attorneys for Plaintiff<br>O1 COMMUNICATIONS, INC. | **DOWNEY BRAND LLP**<br>MEGHAN M. BAKER (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>mbaker@downeybrand.com<br><br>**KELLOGG, HANSEN, TODD, FIGEL<br>& FREDERICK, P.L.L.C.**<br>SCOTT H. ANGSTREICH (*Pro Hac Vice*)<br>KEVIN D. HORVITZ (*Pro Hac Vice*)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>sangstreich@kellogghansen.com<br>khorvitz@kellogghansen.com<br><br>Attorneys for Defendants<br>MCI COMMUNICATIONS SERVICES LLC<br>and VERIZON SELECT SERVICES INC. |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| O1 COMMUNICATIONS, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>MCI COMMUNICATIONS SERVICES LLC and VERIZON SELECT SERVICES INC.,<br><br>    *Defendants*. | Case No. 2:18-cv-01950-JAM-DB<br><br>**STIPULATED ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER**<br><br>**(AS MODIFIED BY THE COURT)** |

Plaintiff O1 Communications, Inc. ("O1") and Defendants MCI Communications Services LLC and Verizon Select Services, Inc. ("Verizon") (together, the "Parties") by and through their counsel, and pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 16(b)(4), hereby stipulate to an extension of the deadlines in the Court's June 3, 2019 Scheduling Order (Dkt. 36) as modified by its June 7, 2019 Order (Dkt. 38), February 20, 2020 Order (Dkt. 54), and May 1, 2020 Order (Dkt. 59) to the dates set forth herein.  The Court has previously granted a 13-day extension of time to file a joint status report (Dkt. 27), and two three-month extensions of the deadlines in the scheduling order (Dkts. 54, 59).

Good cause exists for this amendment to the scheduling order because the national and regional public health emergency posed by the coronavirus (COVID-19) outbreak, has and will continue to hinder the parties' ability to conduct discovery and prepare related motions, if the schedule is not extended.  In particular, the extension will accommodate deposition of O1 witnesses who are located out of state and unavailable to travel or sit for a deposition via video conference or other electronic means.

The parties stipulate to amend the deadlines in the scheduling order as follows:

| Event | Date |
| --- | --- |
| Disclosure of Expert Witnesses | January 25, 2021 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | February 22, 2021 |
| End of Discovery | March 26, 2021 |
| Dispositive Motions Deadline | May 18, 2021 |
| Hearing on Dispositive Motions | June 15, 2021 at 1:30 P.M. |
| Joint Pre-Trial Statement | July 9, 2021 |
| Pre-Trial Conference | July 16, 2021 at 10:00 A.M. |
| Trial | August 23, 2021 at 9:00 A.M. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  August 19, 2020            KELLOGG, HANSEN, TODD, FIGEL
                                                     & FREDERICK, P.L.L.C.


By:          */s/ Kevin D. Horvitz*

Kevin D. Horvitz
Attorney for Defendants
MCI COMMUNICATIONS SERVICES LLC
AND VERIZON SELECT SERVICES INC.


iCommLaw


By:          */s/ Anita Taff-Rice*

Anita Taff-Rice
Attorney for Plaintiff
O1 COMMUNICATIONS, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED **(AS MODIFIED BY THE COURT)**


DATED: August 20, 2020             /s/ John A. Mendez_____

Hon. John A. Mendez
United States District Court Judge