| | |
|---|---|
| **iCommLaw**<br>Anita Taff-Rice, Esq. (SBN 186039)<br>1547 Palos Verdes, # 298<br>Walnut Creek, CA 94597<br>Tel.: (415) 699-7885<br>Fax: (925) 274-0988<br>anita@icommlaw.com<br><br>Attorneys for Plaintiff<br>O1 COMMUNICATIONS, INC. | **DOWNEY BRAND LLP**<br>MEGHAN M. BAKER (SBN 243765)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4731<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100<br>mbaker@downeybrand.com<br><br>**KELLOGG, HANSEN, TODD, FIGEL<br>  & FREDERICK, P.L.L.C.**<br>SCOTT H. ANGSTREICH (*Pro Hac Vice*)<br>KEVIN D. HORVITZ (*Pro Hac Vice*)<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>sangstreich@kellogghansen.com<br>khorvitz@kellogghansen.com<br><br>Attorneys for Defendants<br>MCI COMMUNICATIONS SERVICES LLC<br>and VERIZON SELECT SERVICES INC. |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC.,<br><br>            *Plaintiff*,<br><br>     v.<br><br>MCI COMMUNICATIONS SERVICES LLC and VERIZON SELECT SERVICES INC.,<br><br>            *Defendants*. | Case No. 2:18-cv-01950-JAM-DB<br><br>**STIPULATED ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |

Plaintiff O1 Communications, Inc. ("O1") and Defendants MCI Communications Services LLC and Verizon Select Services, Inc. ("Verizon") (together, the "Parties") by and through their counsel, and pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 16(b)(4), hereby stipulate to an extension of the deadlines in the Court's June 3, 2019 Scheduling Order (Dkt. 36) as modified by its June 7, 2019 Order (Dkt. 38) and February 20, 2020 Order (Dkt. 54), May 1, 2020 Order (Dkt. 59), and August 21, 2020 Order (Dkt. 72) to the dates set forth herein. The Court has previously granted a 13-day extension of time to file a joint status report (Dkt. 27), two three-month extensions, and one four-month extension of the deadlines in the scheduling order (Dkts. 54, 59, 72).

Good cause exists for this amendment to the scheduling order because the parties are currently in settlement negotiations. Both parties agree that a temporary pause in litigation will allow the parties to focus their efforts on those negotiations and materially increase the prospects of reaching settlement. Specifically, the parties have exchanged multiple drafts of settlement offers, and are working in good faith to reach a final resolution. Under the current schedule, Verizon has sought to depose O1's employees in December to provide Verizon with ample time to incorporate their testimony into its expert disclosures, which are currently due in January. If the schedule is not adjusted, the parties will need to divert their time and resources away from productive settlement discussions to prepare for and conduct those depositions. The proposed extension of deadlines by approximately two months will allow the parties to reschedule the remote depositions of O1's employees to the first three weeks of February, which is sufficiently in advance of the revised expert disclosure deadline set forth below. Such an adjustment will allow the parties to continue settlement negotiations in the upcoming weeks and materially increase the chance of reaching a settlement in the intervening period.

The parties stipulate to amend the deadlines in the scheduling order as follows:

STIPULATED ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER

| Event | Date |
|---|---|
| Disclosure of Expert Witnesses | March 26, 2021 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | April 9, 2021 |
| Joint Mid-Litigation Statement Filing Deadline | May 14, 2021 |
| End of Discovery | May 28, 2021 |
| Dispositive Motions Deadline | July 16, 2021 |
| Hearing on Dispositive Motions | September 14, 2021 at 1:30 P.M. |
| Pre-Trial Conference | October 22, 2021 at 10:00 A.M. |
| Trial | December 13, 2021 at 9:00 A.M. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  December 3, 2020           KELLOGG, HANSEN, TODD, FIGEL
                                   & FREDERICK, P.L.L.C.


                                   By:        */s/ Kevin D. Horvitz*

                                   Kevin D. Horvitz
                                   Attorney for Defendants
                                   MCI COMMUNICATIONS SERVICES LLC
                                   AND VERIZON SELECT SERVICES INC.


                                   ICOMMLAW


                                   By:        */s/ Anita Taff-Rice*

                                   Anita Taff-Rice
                                   Attorney for Plaintiff
                                   O1 COMMUNICATIONS, INC.

2

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED:  December 3, 2020          /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
4                                    UNITED STATES DISTRICT COURT JUDGE