**iCommLaw**
Anita Taff-Rice, Esq. (SBN 186039)
1547 Palos Verdes, # 298
Walnut Creek, CA 94597
Tel.: (415) 699-7885
Fax: (925) 274-0988
anita@icommlaw.com

Attorneys for Plaintiff
O1 COMMUNICATIONS, INC.

**DOWNEY BRAND LLP**
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mbaker@downeybrand.com

**KELLOGG, HANSEN, TODD, FIGEL
 & FREDERICK, P.L.L.C.**
SCOTT H. ANGSTREICH (*Pro Hac Vice*)
KEVIN D. HORVITZ (*Pro Hac Vice*)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
sangstreich@kellogghansen.com
khorvitz@kellogghansen.com

Attorneys for Defendants
MCI COMMUNICATIONS SERVICES LLC
and VERIZON SELECT SERVICES INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| O1 COMMUNICATIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MCI COMMUNICATIONS SERVICES LLC and VERIZON SELECT SERVICES INC., <br><br> *Defendants*. | Case No. 2:18-cv-01950-JAM-DB <br><br> **STIPULATED ORDER EXTENDING DEADLINES IN THE SCHEDULING ORDER** |

1     Plaintiff O1 Communications, Inc. ("O1") and Defendants MCI Communications Services LLC and Verizon Select Services, Inc. ("Verizon") (together, the "Parties") by and through their counsel, and pursuant to Local Rules 143 and 144 and Federal Rule of Civil Procedure 16(b)(4), hereby stipulate to an extension of the deadlines in the Court's June 3, 2019 Scheduling Order (Dkt. 36) as modified by its June 7, 2019 Order (Dkt. 38) and February 20, 2020 Order (Dkt. 54), May 1, 2020 Order (Dkt. 59), and August 21, 2020 Order (Dkt. 72), and December 03, 2020 Order (Dkt. 75) to the dates set forth herein. The Court has previously granted a 13-day extension of time to file a joint status report (Dkt. 27), two three-month extensions, a four-month extension, and a two-month extension of the deadlines in the scheduling order (Dkts. 54, 59, 72, 75).

  Good cause exists for this amendment to the scheduling order because the parties have reached agreement in principle and are in the process of drafting a settlement agreement. Both parties agree that a temporary pause in litigation will allow the parties to continue to focus their efforts on finalizing a settlement agreement. Under the current schedule, expert disclosures are due in March. If the schedule is not adjusted, the parties will need to divert their time and resources away from finalizing a settlement agreement to prepare for and conduct depositions in advance of the expert disclosure deadlines. The proposed extension of deadlines by approximately four months will allow the parties to reschedule the remote depositions of O1's employees to the first three weeks of June, which is sufficiently in advance of the revised expert disclosure deadline set forth below. Such an adjustment will allow the parties to continue drafting the settlement agreement, and likely finalize a settlement of this case in the intervening period.

  The parties stipulate to amend the deadlines in the scheduling order as follows:

| Event | Date |
|---|---|
| Disclosure of Expert Witnesses | July 23, 2021 |
| Supp. Disclosure & Disclosure of Rebuttal Expert Witnesses | August 6, 2021 |
| Joint Mid-Litigation Statement Filing Deadline | September 10, 2021 |
| End of Discovery | September 24, 2021 |
| Dispositive Motions Deadline | November 12, 2021 |
| Hearing on Dispositive Motions | January 11, 2022 at 1:30 P.M. |
| Pre-Trial Conference | February 18, 2022 at 11:00 A.M. |
| Trial | April 11, 2022 at 9:00 A.M. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 05, 2021

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

By: */s/ Kevin D. Horvitz*

Kevin D. Horvitz
Attorney for Defendants
MCI COMMUNICATIONS SERVICES LLC
AND VERIZON SELECT SERVICES INC.

ICOMMLAW

By: /s/ *Anita Taff-Rice*

Anita Taff-Rice
Attorney for Plaintiff
O1 COMMUNICATIONS, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: March 5, 2021                    /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
4                                          UNITED STATES DISTRICT COURT JUDGE